In re Petition for DISCIPLINARY AC-
TION against William STARR, an Attor-
ney at Law of the State of Minnesota.

No. C4–97–981.

Supreme Court of Minnesota.

Nov. 13, 1997.

TOMLJANOVICH, J., took no part in the consideration or decision of this matter.

In re Petition for DISCIPLINARY AC-TION AGAINST Robert R. ALDER-MAN, an Attorney at Law of the State of Minnesota.

No. C3-86-1771.

Supreme Court of Minnesota.

Nov. 20, 1997.

## ORDER

WHEREAS, the Director of the Office of Lawyers Professional Responsibility has filed a petition alleging that respondent William Starr has committed unprofessional conduct warranting public discipline, namely, in a courtroom although court was not in session, in the presence of his partner, opposing counsel, two of her co-counsel and her client, respondent referred to opposing counsel with a derogatory expression and told her to "shut up;" and

WHEREAS, respondent has waived his rights to have this matter heard by a panel, has waived his rights pursuant to Rule 14, Rules on Lawyers Professional Responsibility, has waived his right to answer the petition and unconditionally admits the allegations of the petition, and has entered into a stipulation with the Director wherein they jointly recommend that the appropriate discipline is a public reprimand and payment of $900 in costs and disbursements; and

WHEREAS, this Court has independently reviewed the record and agrees that the admitted-to conduct warrants the jointly recommended discipline,

IT IS HEREBY ORDERED that William Starr is publicly reprimanded. The Director is awarded $900 in costs and disbursements.

BY THE COURT:

/s/ Alan C. Page
  Alan C. Page
  Associate Justice